The People of the State of Illinois, Plaintiff-Appellee, v. Alexander Traylor, Defendant-Appellant.

(No. 60541;

First District (5th Division)—February 14, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Sam Majerowicz, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Douglas Cannon, Assistant State's Attorney, of counsel), for the People.